IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBRAHIM NASR IBRAHIM, | : | Civil No. 1:25-CV-00727 |
| Petitioner, | : | |
| v. | : | |
| SUPERINTENDENT OF MIAMI CORRECTIONAL FACILITY,[1] *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 15th day of January, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**;

2. An individualized bond hearing shall be held before an immigration judge as soon as possible, but no later than **February 5, 2026**. Should no individualized bond hearing occur by this date, petitioner shall

---

[1] The superintendent of Miami Correctional Facility is automatically substituted as the lead respondent in this case because petitioner has been transferred to Miami Correctional Facility. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (holding that "that the proper respondent" in a habeas corpus case "is the warden of the facility where the prisoner is being held."); *see also Ball v. McGinley*, No. 3:12-CV-894, 2018 WL 3426236, at *1 n.1 (M.D. Pa. July 16, 2018) (substituting proper respondent in a habeas corpus case pursuant to Federal Rule of Civil Procedure 25(d)). Although Miami Correctional Facility is in the Northern District of Indiana, *see* 28 U.S. § 94(a)(2), this court retains jurisdiction over this case because petitioner was detained in this district at the time he filed his petition. *Anariba v. Dir. Hudson Cnty. Corr. Ctr.*, 17 F.4th 434, 446 (3d Cir. 2021).

provide a status report by **February 9, 2026**, so that this court can schedule a hearing on the matter.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania