# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBRAHIM NASR IBRAHIM, | : | Civil No. 1:25-CV-00727 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT OF MIAMI | : | |
| CORRECTIONAL FACILITY,[1] *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of April, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion to enforce judgment (Doc. 39) is **DENIED**;

2. Petitioner's motion to expedite (Doc. 42) is **DENIED AS MOOT**;

---

[1] The superintendent of Miami Correctional Facility is automatically substituted as the lead respondent in this case because petitioner has been transferred to Miami Correctional Facility. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (holding that "that the proper respondent" in a habeas corpus case "is the warden of the facility where the prisoner is being held."); *see also Ball v. McGinley*, No. 3:12-CV-894, 2018 WL 3426236, at *1 n.1 (M.D. Pa. July 16, 2018) (substituting proper respondent in a habeas corpus case pursuant to Federal Rule of Civil Procedure 25(d)). Although Miami Correctional Facility is in the Northern District of Indiana, *see* 28 U.S. § 94(a)(2), this court retains jurisdiction over this case because petitioner was detained in this district at the time he filed his petition. *Anariba v. Dir. Hudson Cnty. Corr. Ctr.*, 17 F.4th 434, 446 (3d Cir. 2021).

3.  This case shall remain closed in accordance with the court's January 15, 2026 judgment (Docs. 35–36).


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania